UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO: 0:23-cv-60442-AHS

ADRIAN LUGO,
and ELIAS RODRIGUEZ

    Plaintiffs,

v.

OLIVE AVENUE STAFFING LLC,

    Defendant.
_____/

## DEFENDANT'S AMENDED STATEMENT CERTIFYING CONFERRAL

Defendant, OLIVE AVENUE STAFFING, LLC ("Defendant"), by and through its undersigned counsel, pursuant to Rule 7(a)(3) of the Local Rules, hereby supplements its Motion to Compel Mediation and/or Arbitration and/or Motion to Dismiss [DE 13] ("Motion"), with this Statement Certifying Conferral, stating as follows:

    1.    On May 1, 2023, the undersigned conferred with Plaintiffs' counsel, Elvis A. Adan, Esq., via e-mail and phone regarding the relief sought in the Motion.

    2.    On May 12, 2023, counsel further conferred by e-mail regarding the Motion, at which time Mr. Adan advised that Plaintiffs agree to the relief sought in the Motion.

    3.    Accordingly, the parties have reached a resolution.

Dated: May 15, 2023

    Respectfully submitted,

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401

Case No. 0:23-cv-60442-AHS

Telephone (561) 612-3426
Facsimile (561) 683-8977
jillian.strasser@csklegal.com
sanique.balan@csklegal.com

By: */ Jillian Strasser*
JILLIAN STRASSER
Florida Bar No.: 113611
SANIQUE J. BALAN
Florida Bar No.: 1030879

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

By: *s/ Jillian Strasser*
JILLIAN STRASSER
Florida Bar No.: 113611